1  Mark S. Zhai (SBN 287988)
   markzhai@zhailaw.com
2  ZHAI LAW
   9120 South Gale Ridge Road
3  San Ramon, CA 94582
   Telephone:   (202) 412-9396
4  Facsimile:   (877) 316-1952

5

6  Benjamin J. Kussman (SBN 304488)
   ben.kussman@kussmanlaw.com
7  THE LAW OFFICE OF BENJAMIN KUSSMAN, P.C.
   1875 Century Park East, Suite 700
8  Los Angeles, CA 90067
   Telephone:   (310) 407-5474
9  Facsimile:   (720) 247-1250

10 *Attorneys for Plaintiff*
   HUI JIE JIN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUI JIE JIN, individually,<br><br>  Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY, a public entity; CITY OF DUBLIN, a public entity; SHERIFF GREGORY J. AHERN; ACSO LIEUTENANT ROBERT MCGRORY; ACSO COMMANDER DENNIS HOUGHTELLING; ACSO OFFICER PHILLIP CORVELLO; and DOES 1-10, Jointly and Severally,<br><br>  Defendants. | Case No.: 3:18-cv-04885-SK<br><br>Hon.: Magistrate Judge Sallie Kim<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:  October 22, 2018<br>Time:  9:30 a.m.<br>Location: Courtroom A, 15th Floor |

Plaintiff HUI JIE JIN, by and through her attorneys, respectfully submits this Response in Opposition to Defendants Alameda County, Sherriff Gregory J. Ahern, ACSO Lieutenant Robert McGrory, the City of Dublin, Dublin Police Chief Dennis Houghtelling, ACSO Officer Phillip Corvello (collectively "Defendants") Motion to Dismiss (Dkt. 14) filed on September 13, 2018.

Concurrent with this Response, Plaintiff has filed a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which allows a party to "amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b)." Plaintiff's First Amended Complaint includes supplemental allegations and new claims against Defendants.

Based on the filing of the First Amended Complaint, Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss as moot.

Dated: September 27, 2018      By: /s/ *Mark S. Zhai*

Mark S. Zhai (SBN 287988)
ZHAI LAW
9120 South Gale Ridge Road
San Ramon, CA 94582
Telephone:  (202) 412-9396
Facsimile:  (877) 316-1952
markzhai@zhailaw.com

Benjamin J. Kussman (SBN 304488)
THE LAW OFFICE OF BENJAMIN KUSSMAN, P.C.
1875 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:  (310) 407-5474
Facsimile:  (720) 247-1250
ben.kussman@kussmanlaw.com

*Attorneys for Plaintiff*
HUI JIE JIN