# EXHIBIT A











