United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI JIE JIN,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY, et al.,<br><br>        Defendants. | Case No. 18-cv-04885-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 97 |

The parties have settled this matter and, therefore filed a stipulated request to vacate all outstanding dates and deadlines. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: January 2, 2020

_____
SALLIE KIM
United States Magistrate Judge